IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIN ST PROPERTIES LLC, and PATRICK SHANNON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BELLEVUE, NEBRASKA, BREE ROBBINS, DARRYL KUHLMAN, JANE AND JOHN DOES, and SUSAN KLUTHE,<br><br>Defendants. | 8:20CV278<br><br><br>ORDER |

This matter is before the Court on defendants' motion to reconsider, Filing No. 36, this Court's Memorandum and Order, Filing No. 34. The Court has carefully reviewed the motion to reconsider and will deny the same, finding it is without merit at this time. The parties shall progress this case, and if the evidence supports the arguments of the defendants, they may file an appropriate motion at that time.

THEREFORE, IT IS ORDERED THAT defendants' motion for reconsideration, Filing No. 36, is denied.

Dated this 23rd day of April, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge