IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIN ST PROPERTIES LLC, and PATRICK SHANNON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BELLEVUE, NEBRASKA, BREE ROBBINS, DARRYL KUHLMAN, JANE AND JOHN DOES, and SUSAN KLUTHE,<br><br>Defendants. | **8:20CV278**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Heather Veik, as counsel of record for Defendants, (Filing No. 47), is granted. Heather Veik shall no longer receive electronic notice in this case.

Dated this 3rd day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge