IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIN ST PROPERTIES LLC, and PATRICK SHANNON,<br><br>    Plaintiffs,<br><br> vs.<br><br>CITY OF BELLEVUE, NEBRASKA, BREE ROBBINS, DARRYL KUHLMAN, JANE AND JOHN DOES, and SUSAN KLUTHE,<br><br>    Defendants. | **8:20CV278**<br><br>**ORDER** |

1) The motion to withdraw filed by Thomas Schumacher on behalf of Sherrets Bruno & Vogt LLC, as counsel of record for Plaintiffs (Filing No. 57), is granted.

2) A limited liability corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before November 12, 2021, Plaintiff Main St Properties LLC shall obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in dismissal of Plaintiff Main St Properties LLC's claims without further notice.

3) On or before November 12, 2021, Plaintiff Patrick Shannon shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff Patrick Shannon's claims without further notice.

4) The status conference set for October 12, 2021 is continued and the unexpired case progression deadlines are stayed pending further order of the court.

5) The Clerk shall mail and email a copy of this order to Plaintiffs at the following address provided by Sherrets Bruno & Vogt:

Main St Properties LLC
c/o Patrick Shannon
2221 Main Street
Bellevue, NE 68005
pshannon@bulldawgtax.com

Patrick Shannon
2221 Main Street
Bellevue, NE 68005
pshannon@bulldawgtax.com

6) The Clerk shall set an internal case management deadline for November 12, 2021.

Dated this 12th day of October, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge