IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIN ST PROPERTIES LLC, and PATRICK SHANNON,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF BELLEVUE, NEBRASKA, BREE ROBBINS, DARRYL KUHLMAN, JANE AND JOHN DOES, and SUSAN KLUTHE,<br><br>            Defendants. | **8:20CV278**<br><br>**SHOW CAUSE ORDER** |

Plaintiff Main St. Properties LLC's former counsel was granted leave to withdraw on October 12, 2021. (Filing No. 58). The order granting counsel's leave to withdraw gave Plaintiff Main St. Properties LLC until November 12, 2021 to obtain the services of counsel and have that attorney file an appearance on its behalf Plaintiff Main St. Properties LLC was also warned that failure to comply with the court's order may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 58). The order was mailed to Plaintiff Main St. Properties LLC. This mailing was not returned.

Plaintiff Patrick Shannon's former counsel was also granted leave to withdraw on October 12, 2021. (Filing No. 58). The order granting counsel's leave to withdraw gave Plaintiff Patrick Shannon until November 12, 2021 to either (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel. The order was mailed to Plaintiff Patrick Shannon's address of record and that mailing was also not returned.

Plaintiffs were warned that failure to comply with the court's order may result in a dismissal of their claims without further notice. (Filing No. 58). Both Plaintiffs have failed to comply with the court's order.

Accordingly, IT IS ORDERED:

1) Plaintiffs are given until December 16, 2021 to show cause why the court should not dismiss Plaintiffs' claims for want of prosecution and without further notice.

2) The clerk shall mail a copy of this order to Plaintiffs at:

> Main St Properties LLC
> c/o Patrick Shannon
> 2221 Main Street Bellevue, NE 68005
> pshannon@bulldawgtax.com

> Patrick Shannon
> 2221 Main Street
> Bellevue, NE 68005
> pshannon@bulldawgtax.com

Dated this 17th day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge