IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIN ST PROPERTIES LLC, and PATRICK SHANNON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF BELLEVUE, NEBRASKA, BREE ROBBINS, DARRYL KUHLMAN, JANE AND JOHN DOES, and SUSAN KLUTHE,<br><br>　　　　　Defendants. | **8:20CV278**<br><br>**ORDER OF DISMISSAL** |

　　This matter comes before the Court on the plaintiff's Motion for Dismissal without Prejudice (Filing No. 61). The Court being advised in the premises finds that such an Order is proper.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with the plaintiffs to pay costs.

　　Dated this 24th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge